UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JASON BOYCE,

                         **Plaintiff,**              19-CV-03825 (JMF)(SN)

        -against-                         **ORDER**

BRUCE WEBER, et al.,

                         **Defendants.**
-------------------------------------------------------------X
-------------------------------------------------------------X
JOSHUA ARDOLF, ANTHONY BALDWIN,
BUDDY KRUEGER, JACOB MADDEN, and
JNANA VAN OIJEN,

                         **Plaintiffs,**            18-CV-12112 (GBD)(SN)

        -against-

BRUCE WEBER,

                         **Defendant.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendant served a subpoena to testify on Plaintiff Jason Van Oijen's therapist, Andrea Plasko, on November 26, 2019. See 18-cv-12112, ECF No. 81, Ex. A, 19-cv-03825, ECF No. 47, Ex. A. Ms. Plasko is ORDERED to comply with the subpoena. No later than January 15, 2020, Ms. Plasko shall produce all documents requested in the subpoena. Ms. Plasko shall sit for a deposition no later than January 31, 2020. For the reasons discussed in the December 18, 2019 telephone conference, Defendant's request to depose Mark Ricketson is DENIED.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
DATED:    December 18, 2019            United States Magistrate Judge
                New York, New York