UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
A.J. et al.,

                Plaintiffs,

   -against-

WEBER,

                Defendant.
------------------------------------- x

ORDER

18 Civ. 12112 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference currently scheduled for February 11, 2020 at 9:45 a.m. is canceled.

This Court will hear oral argument on Defendant's motion for summary judgment, (ECF No. 82), on February 11, 2020 at 10:30 a.m.

Dated: New York, New York
      January 6, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge