USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JASON BOYCE,

                           Plaintiff,                     19-CV-03825 (JMF)(SN)

    -against-

                                                       **ORDER**

BRUCE WEBER, et al.,

                           Defendants.

-----------------------------------------------------------------X
-----------------------------------------------------------------X

JOSHUA ARDOLF, et al.,

                           Plaintiffs,                18-CV-12112 (GBD)(SN)

    -against-

BRUCE WEBER,

                           Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      If the parties believe it would be productive, they should contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference. The parties should provide the Court with three (3) mutually convenient dates. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute

requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   April 7, 2020
         New York, New York