UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSHUA ARDOLF, JACOB MADDEN, JNANA
VAN OIJEN, ANTHONY BALDWIN, and
BUDDY KRUEGER,

                      Plaintiffs,                    18 CIVIL 12112 (GBD)(SN)

      -against-                                     **JUDGMENT**

BRUCE WEBER,
                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 1, 2020, Defendant's motion for summary judgment, dismissing the claim brought by Plaintiff Buddy Krueger is GRANTED.

Dated:  New York, New York
          September 1, 2020

                                                                RUBY J. KRAJICK

                                                                Clerk of Court
                              BY:
                                                                Deputy Clerk