UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

A.J. et al.,

                               Plaintiffs,                       18-CV-12112 (GBD)(SN)

            -against-                             **ORDER**

BRUCE WEBER,

                               Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the upcoming expert discovery deadline on November 21, 2020, and the short turnaround before the deadline for parties to file motions for summary judgment on December 21, 2020, the parties are directed to contact Courtroom Deputy Rachel Slusher at rachel_slusher@nysd.uscourts.gov to schedule a settlement conference, if they believe it would be productive at this time. Considering the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     October 19, 2020
                 New York, New York